UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

```
-----------------------------------------------------------X
In re:                                          :      Chapter 11
                                                :
Vincent Colbert                                 :      No. 10-14691-RGM
Margaret Theresa Adams-Colbert                  :
                                                :
         Debtors.                               :
                                                :
-----------------------------------------------------------X
```

## ORDER CONFIRMING CHAPTER 11 PLAN

Upon consideration of the Chapter 11 Plan of Reorganization (the "Plan", Docket Entry #208) filed by **Vincent Colbert and Margaret Theresa Adams-Colbert** (the "Debtors"), and there being no objections thereto, and upon consideration of the evidence and arguments presented to the Court at a hearing held on March 19, 2013, and it appearing that the relief granted herein is in the best interests of the bankruptcy estate, its creditors and other parties in interest; and upon due deliberation, good and sufficient cause appearing,

IT IS HEREBY FOUND THAT:

A. The Debtors properly served the Plan, the related Amended Disclosure Statement, an applicable ballot, the Order Approving Disclosure Statement and Notice of Hearing on Confirmation of the Plan on all creditors and other parties in interest consistent with the requirements of the Bankruptcy Code and the Bankruptcy Rules;

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

B. Notice of the hearing on confirmation of the Plan was proper and no further notice is required.

C. All parties in interest have had the opportunity to object to the relief granted by this Order.

D. The Plan satisfies all of the requirements of Sections 1123 and 1129 of the Bankruptcy Code.

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. To the extent that any objections have not been withdrawn or resolved by stipulation prior to the entry of this Order or are not resolved by the relief granted herein or as stated on the record of the hearing, all such objections are hereby OVERRULED.

2. As the modifications to the Plan as set forth in this Order have no adverse impact on creditors, no further notice or disclosure is required.

3. The DEBTORS' CHAPTER 11 PLAN Dated December 17, 2012, is CONFIRMED, as modified herein. Paragraphs 3.11 and 3.12 of the Plan are deemed amended as follows:

    3.11   <u>Class I (Suntrust secured claim on Valley Mill 354)</u>: The Class I secured claim has been, and shall be as of the effective date of the plan, valued under 11 U.S.C. § 506(a) at $85,000, per order of the Court (Doc. #84). The balance of the claim ($55,455.24) shall be an unsecured Class M claim. The principal balance of the Class I claim, $85,000, shall be paid and amortized over 30 years with interest at 4.25% p.a. (360 monthly payments of $418.15); except if Class I votes in favor of the Plan, the interest rate shall be 4.5%, for 360 monthly payments of $430.68. Tax and insurance escrows shall be paid in addition to the foregoing principal and interest payments to the same extent as required under the existing loan documents.

    3.12   <u>Class J (Suntrust secured claim on Valley Mill 358)</u>: The Class J secured claim has been, and shall be as of the effective date of the plan, valued under 11 U.S.C. § 506(a) at $100,000, per order of the Court (Doc. #84). The balance of the claim ($31,882.41) shall be an unsecured Class M claim. The principal balance of the Class J claim, $100,000, shall be paid and amortized over 30 years with interest at 4.25% p.a. (360

monthly payments of $491.94); except if Class J votes in favor of the Plan, the interest rate shall be 4.5%, for 360 monthly payments of $506.69. Tax and insurance escrows shall be paid in addition to the foregoing principal and interest payments to the same extent as required under the existing loan documents.

4.  The Debtor is authorized and empowered to issue, execute and deliver such documents and instruments and to take such action as may be necessary to implement the Plan and the actions authorized by this Order.

5.  Notwithstanding anything to the contrary, this Court retains jurisdiction in this bankruptcy case in accordance with the provisions set forth in Article V of the Plan.


Dated: _____                    _____
                                     Judge, U.S. Bankruptcy Court

Entered on Docket: _____

I ASK FOR THIS:


_/s/ Daniel M. Press_____
Daniel M. Press, VSB 37123
CHUNG & PRESS, P.C,
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for the Debtors


Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

    __/s/Daniel M. Press____
    Daniel M. Press

Copies to:
Debtors
Counsel for Debtor
All Creditors and Parties in Interest
U.S. Trustee