UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

------------------------------------------------------------X
In re:                                              :        Chapter 11
                                                    :
Vincent Colbert                                     :        No. 10-14691-RGM
Margaret Theresa Adams-Colbert                      :
                                                    :
         Debtors.                                   :
                                                    :
------------------------------------------------------------X

### NOTICE OF FINAL REPORT AND MOTION FOR FINAL DECREE AND CLOSING OF CASE

Notice is hereby given that the above-referenced Debtors have filed a Final Report and Motion for Final Decree and to Close Case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you oppose the Motion, or if you want the Court to consider your views on the Motion, you or your attorney **must**:

> • **ON OR BEFORE September 18, 2014,** file with the Court, United States Bankruptcy Court for the Eastern District of Virginia (Alexandria Division), 200 South Washington Street, Alexandria, Virginia 22320, a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H). **Unless a written response and supporting memorandum are filed on or before September 18, 2014, the Court may deem any opposition waived, treat the Application as conceded, and issue an order granting the requested relief without further notice or hearing**. If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. You must also provide a copy to the persons listed below so that these persons receive your response on or before September 18, 2014.

Daniel M. Press, VSB# 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
Counsel for Debtors

- Attend the hearing scheduled to be held on **Tuesday, September 23, 2014, at 11:00 a.m.** in Courtroom I, United States Bankruptcy Court, 200 South Washington Street, Alexandria, Virginia.

- Provide a copy of any written response to counsel for the Debtor at:

> Daniel M. Press
> Chung & Press, P.C.
> 6718 Whittier Ave., Suite 200
> McLean, VA 22101

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Motion and may enter an order granting the Motion.

Dated: September 8, 2014.

Respectfully submitted,

 /s/ Daniel M. Press
Daniel M. Press, VSB 37123
Chung & Press, P.C.
6718 Whittier Ave., Suite 200
McLean, VA 22101
(703) 734-3800
(703) 734-0590 fax
dpress@chung-press.com

**CERIFICATE OF SERVICE**

This is to certify that on this 8th day of September, 2014, I caused the foregoing document to be served on the U.S. Trustee and all persons requesting notice by CM/ECF.

 /s/ Daniel M. Press
Daniel M. Press

2